# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOEL DEFFEBAUGH, ET AL.

VERSUS

VALERO REFINING-MERAUX LLC;
VALERO SERVICES INC.; VALERO
PARTNERS LOUISIANA, LLC;
VALERO PARTNERS MERAUX LLC;
TURNER SPECIALTY SERVICES,
L.L.C.; TURNER INDUSTRIES
ENERGY SERVICES, LLC; TURNER
INDUSTRIES GROUP, L.L.C.,
JOHN DOE INSURER, AND ELITE
TURNAROUND SPECIALISTS, LTD.

NO.   2025 CW 0759

**AUGUST 13, 2025**

In Re:   Valero-Refining Meraux LLC and Valero Services, Inc.,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 718626.

BEFORE:   **THERIOT, PENZATO, AND BALFOUR, JJ.**

**STAY DENIED; WRIT DENIED.**

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT